**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

ANNIE M. HESTER,

     Plaintiff,

v.                                Case No. 13-50323

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.

_____/

**ORDER DENYING PLAINTIFF'S REQUEST
FOR PERMISSION TO FILE COMPLAINT**

On September 2, 2009, the Honorable Thomas L. Ludington barred Plaintiff from filing any further actions against the Commissioner of Social Security in the Eastern District of Michigan unless she receives written permission from the court. (Case No. 08-14575, Dkt. # 15.) Plaintiff had already filed three actions against the Commissioner, and Judge Ludington explained that the court lacked subject matter jurisdiction over such claims and that the claims were barred by res judicata. Plaintiff filed three subsequent complaints against the Commissioner, in August 2012, October 2012, and November 2012, respectively. In each instance the court denied Plaintiff permission to file a complaint.

Plaintiff has, yet again, sought leave to file a complaint against the Commissioner. Similar to her previous complaints, the present one lists general grievances about the rulings in her past suits against the Commissioner. As has already been stated in dismissing Plaintiff's numerous previous complaints, the court lacks subject matter jurisdiction over Plaintiff's claims, and the claims are barred by res

judicata.  Plaintiff does not offer a sufficient reason for the court to grant her permission

to file another complaint against the Commissioner.  Accordingly,

IT IS ORDERED that Plaintiff's March 4, 2013 request for permission to file suit

against the Commissioner of Social Security [Dkt. # 1] is DENIED.

      s/Robert H. Cleland

ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 18, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, March 18, 2013, by electronic and/or ordinary mail.

      s/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522